| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) A-95-CR-98(2)JRN |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) CR07-00405 MJJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald Sloan<br>Castro Valley, California | WD/TX | Austin |
| | NAME OF SENTENCING JUDGE | |
| | James R. Nowlin, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/27/06 — TO 11/26/11 |

**OFFENSE**

Possession with Intent to Distribute Cocaine ( 21 U.S.C. § 841(a)(1))

FILED
JUN 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>NORTHERN DISTRICT OF CALIFORNIA-Oakland Division</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/24/07
Date

JAMES R. NOWLIN
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA-Oakland Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-20-07
Effective Date

United States District Judge