UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS
200 W. 8TH STREET
AUSTIN, TEXAS 78701

**FILED**

JUL 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

July 24, 2007

WILLIAM G. PUTNICKI                                      (512)916-5896

Ms. Sheilah C. Cahill
United States District Court
Ronald V. Dellums Federal Building,  Suite 400S
1301 Clay Street
Oakland, CA 94612-5217

CR-07-405-MJJ

RE: A-95-CR-098(2)JN
    U.S.A.
    vs.
    Ronald Sloan

Dear Clerk,

Enclosed please find certified copies of a Transfer of Jurisdiction, docket sheet,
judgment and commitment, and superseding indictment in the above captioned case.

Please acknowledge receipt of the enclosed record on the enclosed copy of this letter
and return it in the self-addressed envelope.

Sincerely,

WILLIAM G. PUTNICKI, CLERK

By: _Denise Damar_
    Deputy

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | A-95-CR-98(2)JRN |
| FILED<br>2007 JUL 13  AM 10: 53<br>CLERK US DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY _____ DEPUTY | | DOCKET NUMBER *(Rec. Court)*  **MJJ**<br>**CR07-00405** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald Sloan<br>Castro Valley, California | WD/TX | Austin |
| | NAME OF SENTENCING JUDGE | |
| | James R. Nowlin,  U.S. District Judge | |
| | DATES OF PROBATION/SUPE RVISED RELEASE: | FROM<br>11/27/06 | TO<br>11/26/11 |

| OFFENSE | |
|---|---|
| Possession with Intent to Distribute Cocaine ( 21 U.S.C. § 841(a)(1)) | ORIGINAL<br>F I L E D<br>JUN 27 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA-Oakland Division  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/24/07
_____
Date

_____
*JAMES R. NOWLIN*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA-Oakland Division

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-20-07
_____
Effective Date

_____
United States District Judge

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

Aug 15   3 39 PM '95

**S E A L E D**

J.S. ___ ___ OFFICE
BY ___ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.  A-95-CR-98JN |
| | ) | USAO NO. 9503121 |
| Plaintiff, | ) | **S U P E R S E D I N G** |
| | ) | **I N D I C T M E N T** . |
| v. | ) | [Violation: 21 U.S.C. § 846 – |
| | ) | Conspiracy to Distribute Con- |
| THOMAS ROBERSON, II | ) | trolled Substance; 21 U.S.C. |
| RONALD SLOAN, | ) | 841(a)(1) – Possession of Con- |
| RENODDA DARRELL HICKS, | ) | trolled Substance with Intent |
| DEGRETT LEWIS, and | ) | to Distribute; 18 U.S.C. |
| KEVIN ROLAND, | ) | § 924(c)(1) – Use & Carrying |
| | ) | Firearm in Relation to Drug |
| Defendants. | ) | Trafficking Crime.] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 846]

That beginning in or about 1991, and continuing until on or about   June   13,   1995,   in   the   Western   District   of   Texas,
Defendants,

THOMAS ROBERSON II,
RONALD SLOAN,
RENODDA DARRELL HICKS,
DEGRETT LEWIS,
and
KEVIN ROLAND,

and other persons to the grand jurors known and unknown, unlaw-
fully, willfully, and knowingly did combine, conspire, confederate
and agree with each other to possess with intent to distribute
cocaine and cocaine base,   Schedule II Controlled Substances,
contrary to Title 21, United States Code, Section 841(a)(1) and in
violation of Title 21, United States Code, Section 846.

87.

146

## COUNT TWO
[21 U.S.C. § 841(a)(1)]

That on or about September 10, 1994, in the Western District of Texas, Defendant,

RONALD SLOAN,

did unlawfully, knowingly, and intentionally possess with intent to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

147

<u>COUNT THREE</u>
[21 U.S.C. § 841(a)(1)]

That on or about December 10, 1994, in the Western District of Texas, Defendants,

THOMAS ROBERSON II,
RONALD SLOAN,
and
DEGRETT LEWIS,

and other persons known to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

148

<u>COUNT FOUR</u>
[21 U.S.C. § 841(a)(1)]

That on or about June 13, 1995, in the Western District of Texas, Defendant,

**THOMAS ROBERSON II,
RONALD SLOAN,
RENODDA DARRELL HICKS,
and
KEVIN ROLAND,**

did unlawfully, knowingly,, and intentionally possess with intent to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

149

<u>**COUNT FIVE**</u>
[18 U.S.C. § 924(c)(1)]

That on or about June 13, 1995, in the Western District of Texas, Defendant,

RONALD SLOAN

during and in relation to the drug trafficking crimes set out in Counts One and Four, did use and carry a firearm, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL:

_____
FOREMAN

JAMES H. DeATLEY
United States Attorney

_____
KELLY LOVING
Assistant U. S. Attorney

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court

By _____
Deputy Clerk

150

AO 245 S (Rev. 10/93)(W.D.Tx. Rev.2.0) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### AUSTIN DIVISION

FILED

Oct 15  11 05 AM '96

U.S. _____
BY _____
DEPUTY

UNITED STATES OF AMERICA

v.

RONALD SLOAN
a/k/a Ronald Ray Sloan
    Defendant.

Case Number   A-95-CR-98(2)JRN
USAO Number  95-03121

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **RONALD SLOAN**, was represented by Gerald Goldstein.

Upon motion of the United States, the Court has dismissed counts S1, S2, S3 and S5.

The defendant pled guilty to count S4 of the superseding indictment at rearraignment on March 27, 1996. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) | POSSESSION WITH INTENT TO DISTRIBUTE COCAINE | 06/13/95 | S4 |

As pronounced on **OCTOBER 10, 1996**, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $50.00, for count S4 of the superseding indictment, which shall be due immediately. Said special assessment shall be made to the Clerk, United States District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 10th day of October, 1996.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By _____
Deputy Clerk

Defendant's SSN: 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
Defendant's Date of Birth: 12/15/70
Defendant residence address: 1212 Timberbend, Pflugerville, TX 78660
Defendant's mailing address: c/o BASTROP COUNTY JAIL, 1601 Mills Street, Bastrop, TX 78602

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: RONALD SLOAN
Case Number:   A-95-CR-98(2)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED AND SIXTY-EIGHT (168) MONTHS**

The defendant is **CONTINUED** in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

201

AO 245 S (Rev. 10/93)(W.D.TX. Rev. 2.0) Sheet 3 - Supervised Release

Judgment--Page 3 of 6

Defendant: RONALD SLOAN
Case Number:   A-95-CR-98(2)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS.**

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

 x    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release and at least two periodic drug tests thereafter, as directed by the United States Probation Office.

 x    The defendant shall provide the United States Probation Office with access to any requested financial information or documents during the period of supervision.

 x    The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the United States Probation Office.

 x    The defendant shall submit to drug testing at the direction of the United States Probation Office.

AO 245 S (Rev. 10/93)(W.D.TX. Rev. 2.0) Sheet 3a - Supervised Release

Judgment--Page 4 of 6

Defendant: RONALD SLOAN
Case Number:   A-95-CR-98(2)

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance. Revocation of probation and supervised release is mandatory for possession of a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

202

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 5 - Fine

Judgment--Page 5 of 6

Defendant:  RONALD SLOAN
Case Number:   A-95-CR-98(2)

## FINE

The defendant shall pay a fine of $25,000.00.  This fine includes any costs of incarceration and supervision.

If the fine exceeds $2,500.00, interest will accrue on this fine unless the fine is paid in full within 15 days of this judgment pursuant to 18 U.S.C. § 3612(f)(1).

The Court determines that the defendant does not have the ability to pay interest and therefore **waives the interest requirement** during the period of incarceration pursuant to 18 U.S.C. § 3612(f)(3).

This fine shall be paid to the Clerk, United States District Court.

The fine shall be paid immediately.  If the defendant is now unable to pay this indebtedness, he shall cooperate fully with the office of the United States Attorney, the Bureau of Prisons and/or the United States Probation Office to make payment in full as soon as possible, including any period of confinement.  Any unpaid balance at the commencement of a term of supervised release may be paid on a schedule of monthly installments to be approved by the Court and becomes a condition of supervision.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed.  See 18 U.S.C. § 3614.

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 7 - Statement of Reasons

Judgment--Page 6 of 6

Defendant: RONALD SLOAN
Case Number:   A-95-CR-98(2)

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**
Total Offense Level:              38
Criminal History Category:        III
Imprisonment Range:               292 months to 365
Supervised Release Range:         5 years
Fine Range:                       $ 25,000 to $ 4,000,000
Restitution:                      $ N/A

The sentence **DEPARTS** from the guideline range upon motion of the government, as a result of defendant's substantial assistance.

205

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CRIMINAL DOCKET FOR CASE #: 1:95-cr-00098-JRN-2

# Internal Use Only

Case title: USA v. Roberson, et al

Date Filed: 06/20/1995

Other court case numbers: 1:01-cv-00411 dft Sloan, 2255
                                1:97-cv-00028 civil number
                                :01- -50663 5th Cir. (02)
                                :01- -50757 5th Cir. (02)
                                :95- -50920 Fifth Circuit (01)
                                :96- -50895 Fifth Circuit (1)
                                :97- -50376 Fifth Circuit (5)
                                A:99-CA-00674 Sloan/Civil
                                Case

Magistrate judge case number: 1:95-mj-00179

---

Assigned to: Honorable James R. Nowlin

Appeals court case numbers: 01-50663, 01-50757

## **Defendant**

**Ronald Sloan (2)**
*TERMINATED: 12/14/2001*

represented by   **Ronald Sloan**
#61276-080
PO Box 4200, LO-B
Three Rivers, TX 78071
PRO SE

**Donald G. Henslee**
Henslee, Fowler, Hepworth & Schwartz

816 Congress Avenue
Suite 800
Austin, TX 78701
(512) 708-1804
Fax: 512/708-9037
*TERMINATED: 06/26/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Gerald Harris Goldstein**
Attorney at Law
310 S. St. Mary's
29th Floor, Tower Life Building
San Antonio, TX 78205
(210) 226-1463
Fax: 210/226-8367
Email: ggandh@aol.com
*TERMINATED: 12/14/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:841A=CD.F CONTROLLED SUB-
SELL,DISTRIBUTE,OR DISPEN -
Possession of Controlled Substance
With Intent to Distribute.
(4s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846 and 841(a)(1) - Conspiracy to
Distribute Controlled Substance
(1)

21:846=CD.F CONTROLLED SUB-
SELL,DISTRIBUTE,OR DISPEN -
Conspiracy to Distribute Controlled
Substance.
(1s)

21:841(a)(1) - Possession of Controlled
Substance with Intent to Distribute
(2)

21:841A=CD.F CONTROLLED SUB-
SELL,DISTRIBUTE,OR DISPEN -
Possession of Controlled Substance
With Intent to Distribute.
(2s)

21:841(a)(1) - Possession of Controlled
Substance with Intent to Distribute
(3)

21:841A=CD.F CONTROLLED SUB-
SELL,DISTRIBUTE,OR DISPEN -
Possession of Controlled Substance

**Disposition**

Defendant sentenced to serve 168
months imprisonment, 5 years
supervised release, $25,000 fine with
interest waived during imprisonment,
and $50 special assessment.

**Disposition**

Counts dismissed on Government's
motion

Counts dismissed on Government's oral
motion.

Counts dismissed on Government's
motion

Counts dismissed on Government's oral
motion.

Counts dismissed on Government's
motion

Counts dismissed on Government's oral

With Intent to Distribute.
(3s)

18:924(c)(1) - Use and Carrying
Firearm in Relation to Drug Trafficking
Crime
(4)

18:924C.F FIREARMS - Use &
Carrying Firearm in Relation to Drug
Trafficking Crime.
(5s)

motion.


Counts dismissed on Government's
motion


Counts dismissed on Government's oral
motion.

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| The defendant did willfully and knowingly, conspire with subjects known and unknown to possess with intent to distribute cocaine base, a schedule II controlled substance in violation of Title 21 USC 846 and 841 (a)(1). [ 1:95-m -179 ] | |

**Plaintiff**

**USA**                          represented by **Gerald Conley Carruth**
Assistant United States Attorney
816 Congress Ave., # 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5855
Email: gerald.carruth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Wayne Loving**
Assistant United States Attorney
U.S. Attorney's Office
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7150
Fax: 210/384-7118
Email: kelly.loving@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/1995 | | Arrest of Ronald Sloan [ 1:95-m -179 ] (sn) (Entered: 06/15/1995) |
| 06/14/1995 | | Case assigned to Honorable Stephen H. Capelle [ 1:95-m -180 ] (lc) (Entered: 06/14/1995) |
| 06/14/1995 | | Case assigned to Honorable Alan D. Albright [ 1:95-m -179 ] (sn) Modified on 06/15/1995 (Entered: 06/15/1995) |
| 06/14/1995 | 1 | Complaint filed against Ronald Sloan [ 1:95-m -179 ] (sn) (Entered: 06/15/1995) |
| 06/14/1995 | | Arrest warrant issued for Ronald Sloan [ 1:95-m -179 ] (sn) (Entered: 06/15/1995) |
| 06/14/1995 | 2 | Motion by USA as to Ronald Sloan to detain defendant without bond [ 1:95-m -179 ] (sn) (Entered: 06/15/1995) |
| 06/14/1995 | | Defendant(s) first appearance held ; preliminary exam set at 10:00 6/19/95 for Ronald Sloan ; Defendant informed of rights. [ 1:95-m -179 ] (sn) (Entered: 06/15/1995) |
| 06/14/1995 | 3 | Order of Temporary Detention; Bond set to No Bond for Ronald Sloan. setting Detention hearing for 10:00 6/19/95 [ 1:95-m -179 ] (sn) (Entered: 06/15/1995) |
| 06/15/1995 | 4 | Filed CJA Form #20 copy #5 as to Ronald Sloan appointing Donald G. Henslee [ 1:95-m -179 ] (sn) (Entered: 06/15/1995) |
| 06/19/1995 | | Detention hearing for Ronald Sloan held. Deft. asks for continuance until he can retain counsel. Court resets hearing for 6/26/95 at 2:00 p.m. Deft. agrees to waive speedy trial time on the record. [ 1:95-m -179 ] (sn) (Entered: 06/19/1995) |
| 06/19/1995 | | Detention hearing set at 2:00 6/26/95 for Ronald Sloan [ 1:95-m -179 ] (sn) (Entered: 06/19/1995) |
| 06/19/1995 | | (Court only) Excludable - XT started for Ronald Sloan [ 1:95-m -179 ] (sn) (Entered: 06/19/1995) |
| 06/19/1995 | 5 | Order as to Ronald Sloan continuing detention hearing from 6/19/95 to 6/26/95 at 2:00 to allow deft. to retain counsel. Speedy trial time waived from 6/19/95 to 6/26/95. [ 1:95-m -179 ] (sn) (Entered: 06/19/1995) |
| 06/20/1995 | | Case assigned to Honorable James R. Nowlin (fe) (Entered: 06/21/1995) |
| 06/20/1995 | 10 | Indictment filed against Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks Thomas Roberson (1) count(s) 1, 3, Ronald Sloan (2) count (s) 1, 2, 3, 4, Renodda Darrell Hicks (3) count(s) 1, 3 (fe) (Entered: 06/21/1995) |
| 06/20/1995 | | (Court only) Added for USA attorney Kelly Wayne Loving (fe) (Entered: 06/21/1995) |
| 06/21/1995 | | Arraignment as to Thomas Roberson III, Ronald Sloan, Renodda Darrell |

| | | Hicks set at 2:00 6/26/95 for Thomas Roberson III, for Ronald Sloan, for Renodda Darrell Hicks (fe) (Entered: 06/21/1995) |
|---|---|---|
| 06/23/1995 | 11 | Motion by Ronald Sloan to substitute attorney (fe) (Entered: 06/23/1995) |
| 06/23/1995 | 12 | Notice of attorney appearance for Ronald Sloan by Gerald Harris Goldstein (fe) (Entered: 06/23/1995) |
| 06/26/1995 | 14 | Order as to Ronald Sloan granting motion to substitute attorney [11-1] attorney Donald G. Henslee for Ronald Sloan as to Ronald Sloan (2) (fe) (Entered: 06/26/1995) |
| 06/26/1995 | 16 | Motion by Ronald Sloan to substitute attorney (fe) (Entered: 06/26/1995) |
| 06/26/1995 | | Mooted motions as to Ronald Sloan motion to substitute attorney [16-1] as to Ronald Sloan (2) per 6/26/95 order granting motion (fe) (Entered: 06/26/1995) |
| 06/26/1995 | 18 | Motion by Ronald Sloan to continue arraignment and detention hearing (fe) (Entered: 06/27/1995) |
| 06/26/1995 | 19 | Order as to Ronald Sloan granting motion to continue arraignment and detention hearing [18-1] as to Ronald Sloan (2), reset arraignment 2:00 6/29/95 for Ronald Sloan , reset detention hearing 2:00 6/29/95 for Ronald Sloan , order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice (fe) (Entered: 06/27/1995) |
| 06/29/1995 | 25 | Motion by Ronald Sloan for production of witness' statements (mh) (Entered: 06/30/1995) |
| 06/29/1995 | | Detention hearing for Ronald Sloan held. Witnesses sworn, testimony heard. Defendant's counsel asks for continuation for at least a week, Court grants, continues hearing until 7/7/95 at 2:30. Written order to follow. Hearing concluded. (mh) (Entered: 06/30/1995) |
| 06/29/1995 | 26 | Witness list by Ronald Sloan, USA as to Ronald Sloan (mh) (Entered: 06/30/1995) |
| 06/30/1995 | 28 | Order as to Ronald Sloan, reset detention hearing 2:30 7/7/95 for Ronald Sloan , order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice (xc 6/30/95) (mh) (Entered: 06/30/1995) |
| 07/07/1995 | | Detention hearing for Ronald Sloan held/(continuation of detention hearing held - statements of counsel heard; government proffered evidence; defendant's counsel proffered reports; arguments heard; court grants government's motion to detain; advised of right to appeal; written order to follow; hearing ocncluded (fe) (Entered: 07/10/1995) |
| 07/07/1995 | 33 | Order of Detention: Bond reset to NO BOND for Ronald Sloan. (fe) (Entered: 07/10/1995) |
| 07/07/1995 | | Mooted motions as to Ronald Sloan motion to detain defendant without bond [2-1] as to Ronald Sloan (2) (fe) (Entered: 07/10/1995) |

| 07/07/1995 | | Mooted motions as to Ronald Sloan motion for production of witness' statements [25-1] as to Ronald Sloan (2) (fe) (Entered: 07/10/1995) |
| 07/07/1995 | | (Court only) Terminated deadlines as to Ronald Sloan (arraignment ddl term.; dtn hrg continued and held 7/7/95; dft ordered detained) (fe) (Entered: 07/10/1995) |
| 07/07/1995 | | (Court only) Excludable - XH started for Ronald Sloan (fe) (Entered: 07/10/1995) |
| 07/10/1995 | 34 | Transcript filed as to Ronald Sloan for dates of 6/29/95 and 7/7/95 (fe) (Entered: 07/11/1995) |
| 07/12/1995 | 37 | Order as to Ronald Sloan, reset arraignment 10:00 7/20/95 for Ronald Sloan , order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice (cc mailed 7/13/95) (fe) (Entered: 07/12/1995) |
| 07/21/1995 | 40 | Waiver of personal appearance at arraignment and entry of plea not guilty by Ronald Sloan (2) count(s) 1, 3, 2, 4 (fe) (Entered: 07/24/1995) |
| 08/04/1995 | 43 | Motion by Ronald Sloan for discovery and inspection (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 44 | Motion by Ronald Sloan to require government to reveal any and all expectations or agreements, express, implied, or perceived between the government and any witnesses or prospective witnesses. (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 45 | Memorandum by Ronald Sloan in support of motion to require government to reveal any and all expectations or agreements, express, implied, or perceived between the government and any witnesses or prospective witnesses. [44-1] as to Renodda Darrell Hicks (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 46 | Motion by Ronald Sloan for pre-trial notice of 404(b) evidence (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 47 | Motion by Ronald Sloan to disclose electronic surveillance (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 48 | Memorandum by Ronald Sloan in support of motion to disclose electronic surveillance [47-1] as to Ronald Sloan (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 49 | Motion by Ronald Sloan requesting a separate hearing to determine or prior determination of admissibility hearsay statements as "Co-Conspirator's Exception" to Hearsay Rule (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 50 | Memorandum by Ronald Sloan in support of motion requesting a separate hearing to determine or prior determination of admissibility hearsay statements as "Co-Conspirator's Exception" to Hearsay Rule [49-1] as to Ronald Sloan (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 51 | Motion by Ronald Sloan for inspection of fingerprint evidence and for |

| | | |
|---|---|---|
| | | production of reports and conclusions of scientific tests or analysis. (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 52 | Motion by Ronald Sloan to prohibit prior jury service in similar cases (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 53 | Memorandum by Ronald Sloan in support of motion to prohibit prior jury service in similar cases [52-1] as to Ronald Sloan (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 54 | Motion by Ronald Sloan to preserve all peremptory challenges (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 55 | Motion by Ronald Sloan that the attorneys be permitted to examine prospective jurors (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 56 | Memorandum by Ronald Sloan in support of motion that the attorneys be permitted to examine prospective jurors [55-1] as to Ronald Sloan (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 57 | Motion by Ronald Sloan for questions to prospective jurors on voir dire examination (fe) (Entered: 08/04/1995) |
| 08/04/1995 | 58 | Motion by Ronald Sloan for leave to file additional motions (fe) (Entered: 08/04/1995) |
| 08/15/1995 | 85 | Sealed Motion by USA as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks to seal superseding indictment (mh) Modified on 08/23/1995 (Entered: 08/16/1995) |
| 08/15/1995 | 86 | Sealed Order granting motion to seal superseding indictment as to Thomas Roberson (1), Ronald Sloan (2), Renodda Darrell Hicks (3) (unsealed 8/23/95). (mh) Modified on 08/24/1995 (Entered: 08/16/1995) |
| 08/15/1995 | 87 | Superseding Indictment Sealed as to Thomas Roberson (1) count(s) 1s, 3s, 4s, Ronald Sloan (2) count(s) 1s, 2s, 3s, 4s, 5s, Renodda Darrell Hicks (3) count(s) 1s, 4s , and Degrett Lewis (4) count(s) 1,3, Kevin Roland (5) count(s) 1,4 (fe) Modified on 07/31/1996 (Entered: 08/24/1995) |
| 08/16/1995 | 89 | Scheduling order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks setting ; Plea agreement to be submitted on or before 5:00 10/12/95 for Thomas Roberson III, for Ronald Sloan, for Renodda Darrell Hicks ; Docket Call set for 9:00 10/16/95 for Thomas Roberson III, for Ronald Sloan, for Renodda Darrell Hicks ; Jury trial set for 9:00 10/16/95 for Thomas Roberson III, for Ronald Sloan, for Renodda Darrell Hicks ; Motion hearing, set for 2:00 10/10/95 as to: Renodda Hicks, re: (74-1), (73-1), (71-1), (69-1), (68-1), (67-1), (65-1), (64-1), (62-1), (59-1); Ronald Sloan, re: (58-1), (57-1), (55-1), (54-1), (52-1), (51-1), (49-1), (47-1), (46-1), (44-1), (43-1) (mh) (Entered: 08/16/1995) |
| 08/16/1995 | | Jury selection for Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks set 9:00 10/16/95 for Thomas Roberson III, for Ronald Sloan, for Renodda Darrell Hicks (mh) (Entered: 08/16/1995) |

| 08/16/1995 | 90 | Order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks regarding preliminary conference (mh) (Entered: 08/16/1995) |
|---|---|---|
| 08/16/1995 | 91 | Order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks on courtroom decorum and trial procedures (mh) (Entered: 08/16/1995) |
| 08/16/1995 | 92 | Response by USA to motion by Ronald Sloan : motion requesting a separate hearing to determine or prior determination of admissibility hearsay statements as "Co-Conspirator's Exception" to Hearsay Rule [49-1] (mh) (Entered: 08/17/1995) |
| 08/16/1995 | 93 | Response by USA to motion by Ronald Sloan : motion for leave to file additional motions [58-1], motion for questions to prospective jurors on voir dire examination [57-1], motion that the attorneys be permitted to examine prospective jurors [55-1], motion to preserve all peremptory challenges [54-1], motion to prohibit prior jury service in similar cases [52-1], motion for inspection of fingerprint evidence and for production of reports and conclusions of scientific tests or analysis. [51-1], motion requesting a separate hearing to determine or prior determination of admissibility hearsay statements as "Co-Conspirator's Exception" to Hearsay Rule [49-1], motion to disclose electronic surveillance [47-1], motion for pre-trial notice of 404(b) evidence [46-1], motion to require government to reveal any and all expectations or agreements, express, implied, or perceived between the government and any witnesses or prospective witnesses. [44-1], motion for discovery and inspection [43-1] (mh) (Entered: 08/17/1995) |
| 08/22/1995 | 108 | Motion by USA as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks to unseal superseding indictment (fe) (Entered: 08/23/1995) |
| 08/23/1995 | 111 | Order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Degrett Lewis, Kevin Roland granting motion to unseal superseding indictment [108-1] (fe) Modified on 09/19/1995 (Entered: 08/24/1995) |
| 08/23/1995 |  | Arraignment as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Degrett Lewis, Kevin Roland set at 10:00 8/31/95 (fe) Modified on 09/19/1995 (Entered: 08/24/1995) |
| 08/23/1995 |  | (Court only) Excludable - XE stopped for Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Degrett Lewis, Kevin Roland (fe) (Entered: 10/20/1995) |
| 08/23/1995 |  | Superseding Indictment Unsealed as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Degrett Lewis, Kevin Roland (fe) (Entered: 07/31/1996) |
| 08/30/1995 |  | Defendant(s) Ronald Sloan appears with counsel (fe) (Entered: 08/31/1995) |
| 08/31/1995 | 124 | Waiver of personal appearance at arraignment and entry of plea not guilty by Ronald Sloan (2) count(s) 1s, 2s, 3s, 4s, 5s (fe) (Entered: 08/31/1995) |
| 09/18/1995 | 143 | Amended Order as to Thomas Roberson III, Ronald Sloan, Renodda |

| | | |
|---|---|---|
| | | Darrell Hicks, setting scheduling order deadlines: ; Plea agreement to be submitted on or before 5:00 3/28/96 ; Jury trial set for 9:00 4/1/96 ; Docket Call set for 9:00 4/1/96 ; Motion hearing set for 2:00 3/25/96: Motion hearing, Thomas Roberson, re: (105-1), (104-1), (103-1), (102-1), (101-1), (100-1), (99-1), (97-1), (96-1); Renodda Hicks, (74-1), (73-1), (71-1), (69-1), (68-1), (67-1), (65-1), (64-1), (62-1), (59-1); Ronald Sloan, re: (58-1), (57-1), (55-1), (54-1), (52-1), (51-1), (49-1), (47-1), (46-1), (44-1), (43-1) . (Mailed 9/19/95.) (fe) Modified on 09/18/1995 (Entered: 09/18/1995) |
| 02/15/1996 | 161 | Plea agreement filed as to Ronald Sloan (fe) (Entered: 02/15/1996) |
| 02/15/1996 | 162 | Order set rearraignment for 2:00 3/27/96 for Ronald Sloan . (Mailed 2/15/96.( (fe) (Entered: 02/15/1996) |
| 02/20/1996 | 163 | Order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks dismissing original indictment of 6/20/95 against these defendants. (Mailed 2/20/96.) (fe) (Entered: 02/20/1996) |
| 02/20/1996 | | Dismissed count on motion by the Government Thomas Roberson (1) counts 1, 3, Ronald Sloan (2) counts 1, 2, 3, 4, Renodda Darrell Hicks (3) counts 1, 3 (fe) (Entered: 02/20/1996) |
| 03/27/1996 | | Rearraignment as to Ronald Sloan held (fe) (Entered: 03/27/1996) |
| 03/27/1996 | | Plea of guilty entered by Ronald Sloan (2) count(s) 4s (fe) (Entered: 03/27/1996) |
| 03/27/1996 | | Guilty plea accepted by the court as to Ronald Sloan (2) count 4s; Mooted Motions: motion for leave to file additional motions [58-1], motion for questions to prospective jurors on voir dire examination [57-1], motion that the attorneys be permitted to examine prospective jurors [55-1], motion to preserve all peremptory challenges [54-1], motion to prohibit prior jury service in similar cases [52-1], motion for inspection of fingerprint evidence and for production of reports and conclusions of scientific tests analysis. [51-1], motion requesting a separate hearing to determine or prior determination of admissibility hearsay statements as "Co-Conspirator's Exception" to Hearsay Rule [49-1], motion to disclose electronic surveillance [47-1], motion for pre-trial notice of 404(b) evidence [46-1], motion to require government to reveal any and all expectations or express, implied, or perceived between the government and any witnesses or prospective witnesses [44-1], motion for discovery and inspection [43-1], (fe) (Entered: 03/27/1996) |
| 03/27/1996 | | Referred to Probation for Pre-Sentence Report as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Degrett Lewis, Kevin Roland (fe) (Entered: 03/28/1996) |
| 03/27/1996 | 177 | Order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Kevin Roland, setting sentencing for 10:00 7/18/96 . (Mailed 3/28/96.) (fe) (Entered: 03/28/1996) |
| 05/09/1996 | 180 | Motion by Ronald Sloan for leave to file presentence investigation |

| | | |
|---|---|---|
| | | worksheet under seal . (fe) Modified on 05/10/1996 (Entered: 05/09/1996) |
| 05/09/1996 | 181 | Order denying motion for leave to file presentence investigation worksheet under seal [180-1] as Ronald Sloan (2). (Mailed 5/9/96.) (fe) (Entered: 05/09/1996) |
| 06/14/1996 | 188 | Order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Kevin Roland resetting sentencing for 10:00 8/1/96 . (Mailed 6/14/96.) (fe) (Entered: 06/14/1996) |
| 07/01/1996 | 192 | Order as to Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Kevin Roland resetting sentencing to 10:00 7/31/96. (Mailed 7/2/96.) (fe) (Entered: 07/02/1996) |
| 07/09/1996 | 195 | Sealed Motion by USA as to Ronald Sloan SEALED AND PLACED IN VAULT. (fe) (Entered: 07/10/1996) |
| 07/29/1996 | 203 | Sealed Amended Motion by USA as to Ronald Sloan SEALED and placed in vault. (fe) (Entered: 07/29/1996) |
| 07/31/1996 | | (Court only) Terminated deadlines as to Thomas Roberson III, Ronald Sloan - sentencing 7/31/96 not held. To be reset. (fe) (Entered: 07/31/1996) |
| 07/31/1996 | | Motion in open court by Thomas Roberson III, Ronald Sloan oral - to continue sentencing (fe) (Entered: 07/31/1996) |
| 07/31/1996 | 204 | Order as to Thomas Roberson III, Ronald Sloan granting motion oral to continue sentencing [0-0], resetting sentencing until 10:00 10/10/96. (Mailed 8/1/96) (fe) (Entered: 08/01/1996) |
| 10/10/1996 | | Sentencing Ronald Sloan (2) count 4s held. Defendant sentenced to serve 168 months imprisonment, 5 years supervised release, $25,000 fine with interest waived during imprisonment, and $50 special assessment. (fe) (Entered: 10/11/1996) |
| 10/10/1996 | | Dismissed count on motion by the Government Ronald Sloan (2) counts 1s, 2s, 3s, 5s (fe) (Entered: 10/11/1996) |
| 10/10/1996 | | Oral order as to Ronald Sloan granting motion SEALED [203-1] (fe) (Entered: 10/11/1996) |
| 10/10/1996 | 213 | Exhibit list as to Ronald Sloan (fe) (Entered: 10/11/1996) |
| 10/10/1996 | | Exhibits by Ronald Sloan (fe) (Entered: 10/11/1996) |
| 10/10/1996 | | Oral order as to Ronald Sloan granting motion SEALED [195-1] (fe) (Entered: 10/11/1996) |
| 10/10/1996 | | (Court only) JS3 Closing Card for Ronald Sloan (fe) (Entered: 11/04/1996) |
| 10/15/1996 | 217 | Judgment and Commitment as to Ronald Sloan (2) count 4s (Pages: 6). (Mailed and processed 10/15/96.) (fe) (Entered: 10/15/1996) |

| | | |
|---|---|---|
| 10/15/1996 | 218 | SEALED P.S.I. PLACED IN VAULT as to Ronald Sloan (fe) (Entered: 10/16/1996) |
| 11/12/1996 | | Sent exhibit letter to Defendant's attorney as to Ronald Sloan (fe) (Entered: 11/12/1996) |
| 11/18/1996 | | Acknowledgment of receipt of sealed PSI as to Ronald Sloan received from U.S. Probation Office. (fe) (Entered: 11/18/1996) |
| 11/20/1996 | 221 | Judgment and commitment returned executed as to Ronald Sloan (2) count(s) 4s on 11/13/96. (fe) (Entered: 11/20/1996) |
| 12/03/1996 | | Defendant's exhibits destroyed at direction of counsel as to Ronald Sloan (mc2) (Entered: 12/03/1996) |
| 01/07/1997 | 225 | Transcript filed as to rearraignments of Thomas Roberson III, Ronald Sloan, Renodda Darrell Hicks, Degrett Lewis, and Kevin Roland for the date of 3/27/96; and Sentencing Proceedings of Ronald Sloan for the date of 10/10/96. (fe) (Entered: 01/07/1997) |
| 04/11/1997 | | Acknowledgment receipt from counsel for the USA of the magistrate report and recommendations. (fe) (Entered: 04/11/1997) |
| 04/25/1997 | 233 | Final Judgment. It is ORDERED, ADJUDGED and DECREED that movant's Motion to Vacate, Set Aside, or Correct sentence by a person in federal custody brought pursuant to 28 U.S.C. 2255 is hereby DENIED. (Pages: 1) -- (MAILED on 4/25/97) (fe) (Entered: 04/25/1997) |
| 08/07/1997 | 242 | Motion by USA as to Ronald Sloan to Destroy Weapons, Controlled Substance, and Other Evidence . (fe) (Entered: 08/08/1997) |
| 08/08/1997 | 247 | Order as to Ronald Sloan granting motion to Destroy Weapons, Controlled Substance, and Other Evidence [242-1] to Ronald Sloan (2). (fe) (Entered: 08/08/1997) |
| 10/16/1997 | 250 | Motion by Ronald Sloan for Appointment of Counsel . (fe) (Entered: 10/16/1997) |
| 12/05/1997 | 251 | Order as to Ronald Sloan - denying Motion for Appointment of Counsel [250-1] as to Ronald Sloan (2). -- (MAILED on 12/5/97) (fe) (Entered: 12/05/1997) |
| 10/06/1999 | 252 | Motion by Ronald Sloan to vacate under 28 U.S.C. 2255 . (Document entitled "Writ of Error Corum Nobis"; Order filed 10/19/99 converted to 2255 motion.) (mc2) (Entered: 10/20/1999) |
| 10/14/1999 | 253 | Response by USA to motion by Ronald Sloan : motion to vacate under 28 U.S.C. 2255 [252-1] (redocketed when Court Ordered Motion converted on 10/19/99). (mc2) (Entered: 10/20/1999) |
| 10/15/1999 | 254 | Order referring matters as to Ronald Sloan (pet's writ of error corum nobis) to Magistrate Stephen H. Capelle (fe) (Entered: 10/15/1999) |
| 10/19/1999 | 255 | Order as to Ronald Sloan construing Petitioner's Writ of Error Corum Nobis as a Motion to Vacate, Set Aside or Correct Sentence by a Person |

| | | |
|---|---|---|
| | | in Federal Custody... (Noticed 10/19/99.) (mc2) (Entered: 10/19/1999) |
| 10/19/1999 | | MATTERS NO LONGER REFERRED TO Judge Capelle (mc2) (Entered: 10/19/1999) |
| 10/19/1999 | | Defendant Ronald Sloan referred to Honorable Stephen H. Capelle (mc2) (Entered: 10/20/1999) |
| 11/16/1999 | 256 | Report and recommendation of Judge Capelle as to Ronald Sloan that the District Court deny the motion to vacate under 28 U.S.C. 2255 [252-1] and that Defendant be warned of filing successive motions to vacate without prior consent of 5th Circuit. (Noticed CMRRR 11/17/99.) (mc2) (Entered: 11/17/1999) |
| 11/16/1999 | | DEFENDANT Ronald Sloan NO LONGER REFERRED TO Honorable Stephen H. Capelle (mc2) (Entered: 11/17/1999) |
| 11/16/1999 | | Received, Court file from Magistrate Capelle; forwarded to Judge Nowlin 11/17/99 as to Ronald Sloan (mc2) (Entered: 11/17/1999) |
| 11/19/1999 | | Acknowledgment receipt of USA magistrate report and recommendations as to Dft. #2 on 11/18/99. (mc2) (Entered: 11/19/1999) |
| 11/24/1999 | | Acknowledgment receipt of Ronald Sloan magistrate report and recommendations on 11/19/99. (mc2) (Entered: 11/24/1999) |
| 12/09/1999 | 257 | Objections to report and recommendations [256-1] by Ronald Sloan (mc2) (Entered: 12/09/1999) |
| 12/13/1999 | 258 | Motion (in letter form) by Ronald Sloan to allow defendant to begin paying on fine after released from imprisonment (mc2) (Entered: 12/13/1999) |
| 12/13/1999 | 259 | Order denying motion to vacate under 28 U.S.C. 2255 [252-1] as to Ronald Sloan (2), and denying request for certificate of appealability (JN). (Noticed 12/14/99.) (mc2) (Entered: 12/14/1999) |
| 12/13/1999 | 260 | Judgment for USA against Ronald Sloan denying 2255 motion (JN) (Pages: 1). (Noticed 12/14/99.) (mc2) (Entered: 12/14/1999) |
| 01/14/2000 | 261 | Response by USA to motion by Ronald Sloan : motion to allow defendant to begin paying on fine after released from imprisonment [258-1] (mc2) (Entered: 01/18/2000) |
| 01/20/2000 | 262 | Order as to Ronald Sloan granting motion to allow defendant to begin paying on fine after released from imprisonment [258-1]. (Noticed 1/21/00.) (mc2) (Entered: 01/21/2000) |
| 04/25/2001 | 264 | Response by USA to Movant's Letter-Motion for Clarification as to Ronald Sloan (Clerk's record does not reflect Movant's Letter-Motion for Clarification on file) (rm) (Entered: 04/26/2001) |
| 06/25/2001 | 265 | Motion by Ronald Sloan to vacate under 28 U.S.C. 2255 (fe) (Entered: 06/27/2001) |
| | | |

| 06/25/2001 | | Defendant Ronald Sloan referred to Honorable Stephen H. Capelle (fe) (Entered: 06/27/2001) |
|---|---|---|
| 06/25/2001 | 266 | Motion by Ronald Sloan to proceed in forma pauperis on 2255 (fe) (Entered: 06/27/2001) |
| 06/25/2001 | | Mooted motion to proceed in forma pauperis on 2255 [266-1] as to Ronald Sloan (2); no fee (fe) (Entered: 06/27/2001) |
| 06/27/2001 | | Letter/Correspondence sent to Ronald Sloan regarding: case assignment (fe) (Entered: 06/27/2001) |
| 06/27/2001 | | Court file prepared as to Ronald Sloan forwarded to Judge Capelle (fe) (Entered: 06/27/2001) |
| 06/28/2001 | 267 | Order directing service of 2255 upon the U.S. Attorney by certified mail, return receipt requested as to Ronald Sloan (td) (Entered: 06/29/2001) |
| 07/03/2001 | | Rec'd green card acknowledgment re by USA re: 2255 as to Ronald Sloan (td) (Entered: 07/03/2001) |
| 07/09/2001 | 268 | Response by USA to motion by Ronald Sloan: motion to vacate under 28 U.S.C. 2255 [265-1] (td) (Entered: 07/09/2001) |
| 07/11/2001 | | DEFENDANT Ronald Sloan NO LONGER REFERRED TO Honorable Stephen H. Capelle for Ronald Sloan, (td) (Entered: 07/12/2001) |
| 07/12/2001 | 269 | Ordered that Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. section 2255 is TRANSFERRED to the U.S. Court of Appeals for the Fifth Circuit as to Ronald Sloan (td) (Entered: 07/12/2001) |
| 07/12/2001 | | Mooted motions as to Ronald Sloan motion to vacate under 28 U.S.C. 2255 [265-1] as to Ronald Sloan (2) (td) (Entered: 07/12/2001) |
| 07/19/2001 | 270 | Reply by Ronald Sloan to response by USA : response to motion to vacate under 28 U.S.C. 2255 [265-1] (fe) (Entered: 07/19/2001) |
| 07/24/2001 | 271 | Notice of appeal by Ronald Sloan (td) (Entered: 07/24/2001) |
| 07/24/2001 | 271 | Motion by Ronald Sloan for certificate of appealability (td) (Entered: 07/24/2001) |
| 07/26/2001 | | Notice of appeal and certified copy of docket to USCA: as to Ronald Sloan appeal [271-1] (fe) (Entered: 07/26/2001) |
| 07/26/2001 | | Served copy of notice of appeal, dkt #271, as to Ronald Sloan on Ronald Sloan, U. S. Attorneys, Joseph Gay, pro se law clerk, and court. (fe) (Entered: 07/26/2001) |
| 07/30/2001 | 272 | Order as to Ronald Sloan denying motion for certificate of appealability [271-1] as to Ronald Sloan (2) (td) (Entered: 07/31/2001) |
| 08/20/2001 | | Return of appeal information sheet received. as to Ronald Sloan appeal [271-1] USCA NUMBER: 01-50757 (fe) (Entered: 08/20/2001) |

| 08/28/2001 | | USCA appeal fees paid as to Ronald Sloan for appeal [271-1] Appeal Fee: $105.00 Receipt #320136 (fe) (Entered: 08/28/2001) |
|---|---|---|
| 08/30/2001 | 273 | USCA Order, #01-50663, as to Ronald Sloan denying authorization to file a successive 2255 petition for failure to comply with clerk's letter of 7/17/01. USCA filed 8/28/01. USDC filed, dkt'd, imaged, and mailed 8/30/01. (fe) (Entered: 08/30/2001) |
| 08/30/2001 | | USCA assigned #01-50663 to successive habeas petition, dkt #265, as to Ronald Sloan. (fe) (Entered: 08/30/2001) |
| 08/30/2001 | | Motion for authorization to file successive 2255 petition as to Ronald Sloan given USCA #01-50663. See USCA Clerk's dismissal of same, dkt #273. (fe) (Entered: 09/13/2001) |
| 09/14/2001 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Ronald Sloan appeal [271-1] #01-50757 (fe) (Entered: 09/14/2001) |
| 09/24/2001 | | Letter of transmittal from USCA: as to Ronald Sloan appeal [271-1] #01-50757 acknowledging receipt of the record on 9/18/01. (fe) (Entered: 09/25/2001) |
| 12/07/2001 | | (Court only) Renoticed document Re: criminal miscellaneous [274-1] (td) (Entered: 12/07/2001) |
| 12/14/2001 | | Record on appeal returned from U.S. Court of Appeal as to Ronald Sloan : appeal [271-1] (fe) (Entered: 12/14/2001) |
| 12/14/2001 | 275 | Certified copy of judgment (order) of USCA as to Ronald Sloan dismissing Ronald Sloan (2) count(s) 4s (denying) appeal [271-1] #01-50757 We are thjerefore without jurisdiction to consider this case. Accordingly, the motion for COA is DENIED. USCA filed 12/11/01. USDC filed, dkt'd, imaged, and mailed 12/14/01. (fe) (Entered: 12/14/2001) |
| 12/14/2001 | | (Court only) Terminated pending appeal as to Ronald Sloan terminating appeal [271-1] #01-50757 (fe) (Entered: 12/14/2001) |
| 12/14/2001 | | SEALED PSI and Statement of Reasons as to Ronald Sloan returned to Probation Office (fe) (Entered: 12/14/2001) |
| 12/14/2001 | | Receipt of the Fifth Circuit's order, dkt #275, as to Ronald Sloan acknowledged by DUSM-Austin on 12/14/01. (fe) (Entered: 12/14/2001) |
| 12/18/2001 | | Receipt of the sealed presentence report as to Ronald Sloan acknowledged by USPO-Austin on 12/17/01. (fe) (Entered: 12/18/2001) |
| 07/13/2007 | 276 | Probation/Supervised Release Jurisdiction Transferred to ND-California/Oakland Division as to Ronald Sloan Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (mh, ) (Entered: 07/16/2007) |

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By
Deputy Clerk

